August 31, 2006

Mr. Robert G. Miller
O'Donnell Ferebee & McGonigal, P.C.
450 Gears Road, Suite 600
Houston, TX 77067-4584

Mr. Christopher W. Martin
Martin Disiere Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, TX 77002-2781
Mr. William J. Boyce
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

RE: Case Number: 04-1104
 Court of Appeals Number:
 Trial Court Number: 03-20778

Style: RICHARD FIESS AND STEPHANIE FIESS
 v.
 STATE FARM LLOYDS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause. The Motion to Strike Post-Submission Brief,
the Motion to Strike Post-Submission Supplemental Brief, and the Motion for
Sanctions are denied.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles F. |
| |Fulbruge III |
| |Ms. Sarah C. Wells |
| |Mr. William J. Chriss|
| | |
| |Mr. Rick H. Rosenblum|
| | |
| |Mr. Warren W. Harris |
| |Mr. Tynan Buthod |
| |Mr. Christopher Lee |
| |Burke |
| |Ms. Donna C. Peavler |